UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH FITZGERALD NIXON,

          Petitioner,

Case No. 10-14652

v.

HONORABLE AVERN COHN

GREG MCQUIGGIN,

          Respondent.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on November 09, 2012, judgment is entered in favor of the respondent and the case is DISMISSED.

DAVID WEAVER

Dated: November 9, 2012      By:   S/Julie Owens
                                                  Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 9, 2012, by electronic and/or ordinary mail.

                                                          S/Julie Owens
                                                        Case Manager, (313) 234-5160